## ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | Honorable Susan van Keulen<br>U.S. Magistrate Judge | **RE:** | Riley Thomas |
| **FROM:** | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | 5:25-cr-00095-PCP-1 |
| **Date:** | 8/22/25 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Sarai Canales                                                                            (415) 940-5181

U.S. Pretrial Services Officer                                                   **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☒ Inform all parties concerned that a Bail Review Hearing will be conducted by: Magistrate Judge Nathanael M. Cousins on August 29, 2025, at **11:00 AM** in Courtroom 5, 4th Floor.

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s):

   A. Pretrial Services will be removed from providing supervision to the defendant, and the defendant will continue to be supervised by U.S. Probation and report as directed.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

_____

_____                    _____August 26, 2025_____
**JUDICIAL OFFICER**                                                    **DATE**