JODI H. LINKER
Federal Public Defender
Northern District of California
DEJAN M. GANTAR
Assistant Federal Public Defender
8th Floor - Suite 820
55 South Market Street
San Jose, CA 95113
Telephone:  (408) 291-7753
Facsimile:  (408) 291-7399
Email:  Dejan_Gantar@fd.org

Counsel for Defendant THOMAS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 25-CR-95 PCP (SVK) |
| Plaintiff, | **STIPULATION TO CONTINUE FURTHER BAIL REVIEW HEARING; [PROPOSED] ORDER** |
| v. | |
| RILEY THOMAS, | |
| Defendant. | |

Defendant Riley Thomas, represented by AFPD Dejan M. Gantar, and the Government, represented by AUSA Jeffrey Backhus, respectfully request that the bail review hearing currently scheduled for September 3, 2025, be continued until September 11, 2025.

On August 29, 2025, the parties appeared on the magistrate court duty calendar before the Honorable Nathanael Cousins, to address Pretrial Services' violation memorandum filed at ECF 23. At that hearing, the Court granted the defense's request for discovery from Pretrial Services and continued the matter for a status hearing until September 3, 2025. The parties received the discovery from Pretrial Services today. Additionally, the defense requires additional time to conduct investigation regarding

1 | the underlying alleged violation. Accordingly, the parties make the instant request.

2 | The parties have conferred with Pretrial Services, who does not oppose this request.

3 | IT IS SO STIPULATED.

JODI H. LINKER
Federal Public Defender
Northern District of California

DATED: September 2, 2025

*/s/ Dejan M. Gantar*
DEJAN M. GANTAR
Assistant Federal Public Defender

*/s/ Jeffrey Backhus*
JEFFREY BACKHUS
Assistant United States Attorney

*The filing attorney certifies that he has received written authorization to file this Stipulation and [Proposed] Order on behalf of the non-filing attorney.

STIPULATION AND [PROPOSED] ORDER
*THOMAS*, 25-CR-95 PCP (SVK)

## [PROPOSED] ORDER

Pursuant to the parties' stipulation, and for good cause shown, the Court HEREBY ORDERS that the bail review hearing currently scheduled for September 3, 2025 is continued until September 11, 2025.

**IT IS SO ORDERED.**

DATED: 9/3/2025

_____
THE HONORABLE SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE