| | |
|---|---|
| 1 | JODI LINKER |
| 2 | Federal Public Defender<br>Northern District of California |
| 3 | DEJAN M. GANTAR<br>Assistant Federal Public Defender |
| 4 | 8th Floor - Suite 820<br>55 South Market Street |
| 5 | San Jose, CA 95113<br>Telephone:  (408) 291-7753 |
| 6 | Facsimile:  (408) 291-7399<br>Email:  Dejan_Gantar@fd.org |
| 7 | |
| 8 | Counsel for Defendant THOMAS |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RILEY THOMAS,<br><br>Defendant. | Case No.: 25-CR-95 PCP (~~VKD~~) SVK<br><br>**STIPULATION AND JOINT MOTION FOR RELEASE OF DISCOVERY; [PROPOSED] ORDER** |

  Defendant Riley Thomas, represented by AFPD Dejan M. Gantar, and the Government, represented by AUSA Jeffrey Backhus, hereby stipulate and jointly request that the Court issue an Order directing Alere Toxicology Services, Inc., located at 1111 Newton Street, Gretna, LA 70053, to release the discovery materials below, so that the parties may prepare for the contested hearing (date to be set) on the pending alleged pretrial violation.

  It has been alleged that Mr. Thomas, on August 4, 2025 and August 20, 2025, tested positive for fentanyl, in violation of his pretrial release conditions. Mr. Thomas contests the allegations. The parties anticipate setting the matter for an evidentiary hearing. The parties require materials from the

laboratory that completed the confirmatory testing relevant to the underlying alleged violations, and hereby submit that the requested discovery is necessary for a full and fair hearing on the alleged violation.

Pretrial Services has informed counsel that the laboratory will not release the material requested without an Order from this Court directing its release. Accordingly, the parties respectfully request the Court issue an Order directing the lab to release the following materials:

1. Any and all chain-of-custody records maintained by Alere Toxicology for Specimen Numbers B05122811 (8/4/2025 sample) and B500007331 (8/20/2025 sample); and

2. The raw LCMS data for Specimen Numbers B05122811 (8/4/2025 sample) and B500007331 (8/20/2025 sample).

Additionally, the parties further request the Court order the laboratory to preserve the two samples set forth above.

The parties have conferred with Pretrial Services, who does not oppose this request.

IT IS SO STIPULATED.

JODI LINKER
Federal Public Defender
Northern District of California

DATED: December 1, 2025

/s/ Dejan M. Gantar
DEJAN M. GANTAR
Assistant Federal Public Defender

/s/ Jeffrey Backhus
JEFFREY BACKHUS
Assistant United States Attorney

*The filing attorney certifies that he has received written authorization to file this Stipulation and [Proposed] Order on behalf of the non-filing attorney.

STIPULATION AND [PROPOSED] ORDER
*THOMAS*, 25-CR-95 PCP (NC)

2

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, and for good cause shown, the Court HEREBY ORDERS that Alere Toxicology Services, Inc., located at 1111 Newton Street, Gretna, LA 70053, release the following material to assigned counsel in this matter and Pretrial Services:

1. Any and all chain-of-custody records maintained by Alere Toxicology for Specimen Numbers B05122811 (8/4/2025 sample) and B500007331 (8/20/2025 sample); and

2. The raw LCMS data for Specimen Numbers B05122811 (8/4/2025 sample) and B500007331 (8/20/2025 sample).

IT IS FURTHER ORDERED that Alere Toxicology Services, Inc., preserve the two samples identified above.

**IT IS SO ORDERED.**

DATED: December 1, 2025

_____
THE HONORABLE VIRGINIA K. DEMARCHI
UNITED STATES MAGISTRATE JUDGE