JODI LINKER
Federal Public Defender
Northern District of California
DEJAN M. GANTAR
Assistant Federal Public Defender
8th Floor - Suite 820
55 South Market Street
San Jose, CA 95113
Telephone:  (408) 291-7753
Facsimile:  (408) 291-7399
Email:  Dejan_Gantar@fd.org

Counsel for Defendant THOMAS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RILEY THOMAS,<br><br>　　　　　Defendant. | Case No.: 25-CR-95 PCP<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; [PROPOSED] ORDER** |

　　　　Defendant Riley Thomas, represented by AFPD Dejan M. Gantar, and the Government, represented by AUSA Jeffrey Backhus, respectfully request that the status conference on the pending pretrial violation currently scheduled for December 3, 2025, be continued until January 28, 2026.

　　　　The parties are currently working on discovery issues that will be relevant to the contested hearing on the pretrial violation and require additional time to get those issues resolved. Today, the parties filed, and the Court granted, a joint stipulation for production of discovery from the laboratory that completed the confirmatory testing relevant to the underlying alleged violations. The parties make this request so that those materials may be produced, and for the parties to review those materials.

At the next status hearing, the parties anticipate they will request the matter be set for an evidentiary hearing on the pretrial violation.

The parties have conferred with Pretrial Services, who concurs with this request.

IT IS SO STIPULATED.

                                                  JODI LINKER
                                                  Federal Public Defender
                                                  Northern District of California

DATED: December 1, 2025                        */s/ Dejan M. Gantar*
                                                  DEJAN M. GANTAR
                                                  Assistant Federal Public Defender

                                                  */s/ Jeffrey Backhus*
                                                  JEFFREY BACKHUS
                                                  Assistant United States Attorney

*The filing attorney certifies that he has received written authorization to file this Stipulation and [Proposed] Order on behalf of the non-filing attorney.

**[~~PROPOSED~~] ORDER**

Pursuant to the parties' stipulation, and for good cause shown, the Court HEREBY ORDERS that the status conference currently scheduled for December 3, 2025 is continued until January 28, 2026.

**IT IS SO ORDERED.**

DATED:  December 1, 2025

*[signature: Virginia K. DeMarchi]*
THE HONORABLE VIRGINIA K. DEMARCHI
UNITED STATES MAGISTRATE JUDGE