JODI LINKER
Federal Public Defender
Northern District of California
DEJAN M. GANTAR
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
dejan_gantar@fd.org

Counsel for Defendant
RILEY THOMAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 25-CR-95 PCP |
| Plaintiff, | |
| v. | **STIPULATION TO MODIFY BRIEFING SCHEDULE FOR MOTIONS; [PROPOSED] ORDER, AS MODIFIED** |
| RILEY THOMAS, | Before the Honorable P. Casey Pitts United States District Judge |
| Defendant. | |

**STIPULATION**

Defendant Riley Thomas, represented by AFPD Dejan M. Gantar, and the Government, represented by AUSA Jeffrey Backhus, respectfully request that the Court enter an order modifying the briefing schedule for motions, as set forth below.

On March 25, 2026, the Court set the following briefing schedule for the defense's motions: Motions due by April 24, 2026; Oppositions due by June 19, 2026; Replies due by July 6, 2026. *See* ECF 50. The Court set a hearing date of August 26, 2026.

The parties respectfully request the Court modify the briefing schedule as follows: Motions due by May 22, 2026; Oppositions due by July 17, 2026; Replies due by August 14, 2026.

The parties make this request for an extension of the filing deadlines because there remain pending discovery requests by the defense, which are relevant to the defense's motions, which the Government is currently working on. Moreover, through its investigation, the defense has acquired additional information relevant to the motions. The defense received this information last week, and additional information this week, for which the defense requires additional time to review before filing.

IT IS SO STIPULATED.

JODI LINKER
Federal Public Defender
Northern District of California

DATED: April 21, 2026

*/s/ Dejan M. Gantar*
DEJAN M. GANTAR
Assistant Federal Public Defender

*/s/ Jeffrey Backhus*
JEFFREY BACKHUS
Assistant United States Attorney

*The filing attorney certifies that he has received written authorization to file this Stipulation and [Proposed] Order on behalf of the non-filing attorney.

1

# [~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation, and for good cause shown, the Court HEREBY ORDERS that the briefing schedule for motions be modified as follows: Motions due by May 22, 2026; Oppositions due by ~~July 17,~~ July 10, 2026; Replies due by ~~August 14,~~ August 7, 2026.

**IT IS SO ORDERED.**

DATED: April 21, 2026

_____
THE HONORABLE P. CASEY PITTS
UNITED STATES DISTRICT JUDGE

2