UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** September 24, 2026 **Time:** 10:02-10:21 AM **Judge:** P. Casey Pitts

**Total Time:** 19 min

**Case No.**: 5:25-CR-00095-PCP **Case Name:** *United States v. Riley Thomas* (P) (NC)

**Attorney for Plaintiff:** Jeffrey Backhus, Elizabeth Berenguer

**Attorney for Defendant:** Dejan Gantar

**Deputy Clerk:** Nicole Coleman **Court Reporter:** Stephen Franklin (remote via Zoom)

## PROCEEDINGS – STATUS CONFERENCE

Defendant present and not in custody. Hearing held.

Defendant shall file a response to the Motion for Leave to File Motion for Reconsideration (ECF 88) by October 2, 2026.

The parties shall file a stipulation and proposed order regarding proposed deadlines by September 28, 2026.

**CASE CONTINUED TO: December 2, 2026, at 10:00 AM for Evidentiary Hearing.**

**EXCLUDABLE DELAY:**
Category: 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv)
Begins: September 23, 2026
Ends: December 2, 2026

Nicole Coleman
**Courtroom Deputy**
**Original: Efiled**

**P/NP: Present, Not Present**
**C/NC: Custody, Not in Custody**
**I: Interpreter**