JODI LINKER
Federal Public Defender
Northern District of California
DEJAN M. GANTAR
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
dejan_gantar@fd.org

Counsel for Defendant
RILEY THOMAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RILEY THOMAS,<br><br>Defendant. | Case No. 25-CR-95 PCP<br><br>**STIPULATION RE: EVIDENTIARY HEARING; [PROPOSED] ORDER**<br><br>Before the Honorable P. Casey Pitts<br>United States District Judge |

**STIPULATION**

Defendant Riley Thomas, and the Government, by and through their respective counsel, hereby stipulate and agree as follows:

The parties have met and conferred regarding the scheduling of the evidentiary hearing. The parties have confirmed witness availability, and agree that the evidentiary hearing should be scheduled for December 17, 2026. Accordingly, the parties request the Court schedule the hearing for that date. In addition, the parties request the Court set the following deadlines:

December 3, 2026: Deadline for Witness Lists and Exhibit Lists

December 7, 2026: Deadline for Rule 16 discovery productions; *Brady/Giglio* productions; Rule 16 expert disclosures; and *Jencks*/Rule 26.2 disclosures.

IT IS SO STIPULATED.

JODI LINKER
Federal Public Defender
Northern District of California

DATED: September 28, 2026

*/s/ Dejan M. Gantar*
DEJAN M. GANTAR
Assistant Federal Public Defender

*/s/ Jeffrey Backhus*
JEFFREY BACKHUS
Assistant United States Attorney

*/s/ Elizabeth Berenguer*
ELIZABETH BERENGUER
Assistant United States Attorney

*The filing attorney certifies that he has received written authorization to file this Stipulation and [Proposed] Order on behalf of the non-filing attorney.

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, and for good cause shown, the Court HEREBY ORDERS that the evidentiary hearing is scheduled for December 17, 2026. Witness Lists and Exhibit Lists are due December 3, 2026. Deadline for Rule 16 discovery productions; *Brady/Giglio* productions; Rule 16 expert disclosures; and *Jencks*/Rule 26.2 disclosures is scheduled for December 7, 2026.

**IT IS SO ORDERED.**

DATED: ______________________________

THE HONORABLE P. CASEY PITTS
UNITED STATES DISTRICT JUDGE