CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

JEFFREY A. BACKHUS (CABN 200177)
Assistant United States Attorney

60 South Market Street, Suite 1200
San Jose, California 95113
Telephone: (408) 535-5080
FAX: (408) 535-5066
jeffrey.backhus@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RILEY THOMAS,<br><br>Defendant. | NO. CR 25-00095 PCP<br><br>NOTICE OF DISMISSAL & ORDER |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against Riley Thomas.

DATED: October 27, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/
JEFF MITCHELL
Chief, Criminal Division

Leave is granted to the government to dismiss the indictment against Riley Thomas.

Date: November 2, 2026

HON. P. CASEY PITTS
United States District Judge